JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NS Intl Textiles

                    Plaintiff,

v.

Avenue Stores, LLC et al

                    Defendants.

Case No.  CV 18-00159-AB (SKx)


ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_45_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 5, 2018        _____
                             ANDRÉ BIROTTE JR.
                             UNITED STATES DISTRICT JUDGE

1.